I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO (SEE BELOW) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE

TO:     DATE:     DEPUTY CLERK:

Plaintiff on 05-27-15 by ts



FILED
CLERK, U.S. DISTRICT COURT
May 27, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY:    TS    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JUANITA TAYLOR, | No. ED CV 14-2026-FMO (DFM) |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

      In Section V.A.1 of its October 10, 2014 Case Management Order, the Court ordered Plaintiff to serve and file her motion for judgment on the pleadings within thirty-five (35) days of the service and filing of the Commissioner's answer. Dkt. 7 at 3. The Commissioner filed its answer on March 2, 2015. Dkt. 12. Plaintiff's deadline to file her motion for judgment on the pleadings was thus April 6, 2015. It has now been more than 45 days since Plaintiff's deadline has passed.

      Accordingly, <u>on or before June 19, 2015</u>, Plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why Plaintiff did not timely

file motion for judgment on the pleadings, and why the Court should not dismiss this action for failure to prosecute and failure to comply with the Court's prior order; or (b) serve and file her motion for judgment on the pleadings in the format specified in the October 10, 2014 Case Management Order. Plaintiff is expressly forewarned that if she fails to do either, the Court will deems such failure a further violation of a Court order justifying a recommendation of dismissal and also deem such failure as further evidence of a lack of prosecution warranting a recommendation of dismissal.

Dated: May 27, 2015

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge