1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10                           EASTERN DIVISION

11 | JUANITA TAYLOR,                    ) No. ED CV 14-2026-FMO (DFM)
12 |                                    )
   |            Plaintiff,              ) ORDER TO SHOW CAUSE
13 |                                    )
   |       v.                           )
14 |                                    )
   | CAROLYN W. COLVIN, Acting          )
15 | Commissioner of Social Security,   )
   |                                    )
16 |            Defendant.              )
17 |_____)

18

19     In Section V.A.1 of its October 10, 2014 Case Management Order, the
20 Court ordered Plaintiff to serve and file her motion for judgment on the
21 pleadings within thirty-five (35) days of the service and filing of the
22 Commissioner's answer. Dkt. 7 at 3. The Commissioner filed its answer on
23 March 2, 2015. Dkt. 12. Plaintiff's deadline to file her motion for judgment on
24 the pleadings was thus originally April 6, 2015.
25     Plaintiff did not file a motion for judgment on the pleadings by the April
26 6 deadline. On May 27, 2015, the Court ordered Plaintiff to show cause in
27 writing why this Court should not dismiss this action for failure to prosecute
28

because she had not filed her motion for judgment on the pleadings as required by this Court's Case Management Order. On June 22, 2015, this Court received in apparent response to its OSC a handwritten note from Plaintiff in which she indicated that she has not "received any correspondence in regards to a motion." Dkt. 15. Plaintiff also provided a new mailing address in Detroit, Michigan, and asked the Court "to transfer her case to Detroit, Mich." Id. On June 24, 2015, the Court discharged its OSC, denied without prejudice Plaintiff's request for a change of venue, and ordered Plaintiff to submit her motion for judgment on the pleadings within thirty-five days. Dkt. 16.

This deadline has also now passed. Accordingly, on or before September 14, 2015, Plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why Plaintiff did not timely file motion for judgment on the pleadings, and why the Court should not dismiss this action for failure to prosecute and failure to comply with the Court's prior order; or (b) serve and file her motion for judgment on the pleadings in the format specified in the October 10, 2014 Case Management Order. Plaintiff is expressly forewarned that if she fails to do either, the Court will deem such failure a further violation of a Court order justifying a recommendation of dismissal and also deem such failure as further evidence of a lack of prosecution warranting a recommendation of dismissal.

Dated: August 21, 2015

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge

2