**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JUANITA TAYLOR,<br><br>        Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | No. ED CV 14-2026-FMO (DFM)<br><br>JUDGMENT |

    In accordance with the Order Accepting Report and Recommendation of the United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: November 17, 2015

                              _____/s/_____
                              FERNANDO M. OLGUIN
                              United States District Judge